Hochheiser v. N.C. Dept. of Transportation

ANDREE T. HOCHHEISER, Administrator of the Estates of CLAUDINE HOCHHEISER and RENEE HOCHHEISER, Deceased v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

No. 642PA86

(Filed 5 November 1987)

**Appeal and Error § 64— evenly divided Court—decision affirmed without precedential value**

Where one member of the Supreme Court did not participate in the consideration or decision of a case and the remaining six justices are equally divided, the decision of the Court of Appeals is left undisturbed and stands without precedential value.

APPEAL by the plaintiff from a decision of the Court of Appeals, 82 N.C. App. 712, 348 S.E. 2d 140 (1986) reversing an opinion and award of the North Carolina Industrial Commission. Heard in the Supreme Court 14 October 1987.

*Beskind and Rudolf, P.A., by Donald H. Beskind and Heidi G. Chapman, for the plaintiff appellant.*

*Lacy H. Thornburg, Attorney General; Monroe, Wyne, Atkins & Lennon, P.A., by George W. Lennon, for defendant appellee.*

*Herman E. Gaskins, Jr., for North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

Justice Webb took no part in the consideration or decision of this case. The remaining members of this Court were equally divided with three members voting to affirm the decision of the Court of Appeals and three members voting to reverse. Therefore, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See State v. Johnson,* 286 N.C. 331, 210 S.E. 2d 260 (1974).

Affirmed.